**NOT RECOMMENDED FOR FULL-TEXT PUBLICATION**

File Name: 15a0692n.06

Case No. 15-4151

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

**FILED**

Dec 20, 2016

DEBORAH S. HUNT, Clerk

| | | |
|---|---|---|
| FIRE FIGHTER SALES AND SERVICE CO., d/b/a All Lines Technology | ) ) ) | |
| Plaintiff-Appellant, | ) ) | ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OHIO |
| v. | ) ) | |
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, | ) ) ) | |
| Defendant-Appellee. | ) | |

BEFORE: DAUGHTERY, GIBBONS, and COOK, Circuit Judges.

PER CURIAM. Fire Fighter Sales and Service Co. appeals the district court's decision granting Travelers Casualty and Surety's motion for summary judgment. Having reviewed the record, the applicable law, and the parties' briefs, we are not persuaded that the district court erred. Because the district court fully articulated the reasons why judgment should be entered for Travelers, the issuance of a detailed opinion by this court would be duplicative and would serve no useful purpose. Accordingly, we AFFIRM the judgment of the district court upon the reasoning set out by that court in its order and opinion entered on September 30, 2015.